IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| United States of America, | § | |
| | § | |
| | § | |
| v. | § | |
| | § | Criminal Action No. H-21-0577 |
| Scott Jackson Davis, | § | Criminal Action No. H-16-0214 |
| | § | |
| Defendant. | § | |
| | § | |

## ORDER

Pending before the Court is Defendant's Motion for Continuance (H-21-0577 Document No. 60/ H-16-0214 Document No. 103). The Court notes that this is the fifth motion for continuance. Having considered the motion, submissions, and applicable law, the Court determines the motion should be denied. Accordingly, the Court hereby

**ORDERS** that Defendant's Motion for Continuance (H-21-0577 Document No. 60/ H-16-0214 Document No. 103) is **DENIED.**

SIGNED at Houston, Texas, on this **25** day of April, 2023.


DAVID HITTNER
United States District Judge